1 COLEMAN & BALOGH LLP
ETHAN A. BALOGH, No. 172224
2 235 Montgomery Street, Suite 1070
San Francisco, CA 94104
3 Phone: 415.391.0440
Facsimile: 415.373.3901
4 eab@colemanbalogh.com

5 Attorneys for Defendant
JASON RIVERA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | Case No. 14 Cr. 355 EMC-MEJ |
|---|---|
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER RE: MODIFICATION OF TERMS OF PRETRIAL RELEASE |
| v. | |
| JASON RIVERA, | Before the Honorable Maria Elena James United States Magistrate Judge |
| Defendant. | |

**STIPULATION**

WHEREAS, defendant Jason Rivera is subject to conditions of release that limit his travel to the Northern and Eastern Districts of California, *see* ECF Nos. 5, 20;

WHEREAS, Mr. Rivera would like to travel to the Southern District of New York, and fly into and travel from the Eastern District of New York (where Laguardia and John F. Kennedy airports are located) in order to reach the Southern District, to visit with family from June 16 through July 2, 2016;

WHEREAS, Mr. Rivera's Pretrial Services Officer Victoria Gibson consents to the travel; and

WHEREAS, Mr. Rivera will provide Officer Gibson will information regarding his travel, as requested;

Plaintiff United States of America and Defendant Jason Rivera by and through their counsel and pursuant to 18 U.S.C. § 3142, hereby STIPULATE AND AGREE that the Court should modify the travel restrictions set forth in the conditions of Defendant Jason Rivera's pretrial release to permit Mr. Rivera to travel to and from the Southern and Eastern Districts of New York from June 16 through July 2, 2016.

IT IS SO STIPULATED.

DATED: March 3, 2016        /s/
                            ETHAN A. BALOGH
                            Attorney for Defendant Jason Rivera

DATED: March 3, 2016        /s/
                            BENJAMIN KINGSLEY
                            Assistant United States Attorney

\* The filing attorney certifies that has obtained permission from the non-filing attorney to submit this information on behalf of both parties.

**[PROPOSED] ORDER**

Based upon the foregoing Stipulation, and for good cause shown, IT IS HEREBY ORDERED that the conditions of Defendant Jason Rivera's pretrial release are HEREBY MODIFIED to permit Mr. Rivera to travel to and from the Southern and Eastern Districts of New York from June 6 through July 2, 2016.  Mr. Rivera shall provide Pretrial Services Officer Gibson all travel information she deems necessary prior to travel.  All of the remaining conditions of Mr. Rivera's pretrial release remain in full effect.

IT IS SO ORDERED.

DATED: March 3, 2016

_____
THE HONORABLE MARIA ELENA JAMES
UNITED STATES MAGISTRATE JUDGE

**PROOF OF SERVICE**

I, Ethan A. Balogh, certify that on March 3, 2016, I caused a copy of the foregoing pleading to be filed on the Court's ECF System, and that all parties to whom I am required to provide service shall be served in that matter.

Dated: March 3, 2016

*/s/ E A Balogh*
ETHAN A. BALOGH