COLEMAN & BALOGH LLP
ETHAN A. BALOGH, No. 172224
235 Montgomery Street, Suite 1070
San Francisco, CA 94104
Phone: 415.391.0440
Facsimile: 415.373.3901
eab@colemanbalogh.com

Attorneys for Defendant
JASON RIVERA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>     v.<br><br>JASON RIVERA,<br><br>           Defendant. | Case No. 14 Cr. 355 RS<br><br>STIPULATION AND [PROPOSED] ORDER RE: RESCHEDULING OF SENTENCING<br><br>Before the Honorable Richard Seeborg<br>United States District Judge |

**STIPULATION**

WHEREAS, the sentencing of defendant Jason Rivera is scheduled for October 18, 2016;

WHEREAS, the Court recently reschedule defendant Marc Harmon's sentencing to October 11, 2016, the date on which the parties sentencing memoranda will come due in the Rivera case; and

WHEREAS, the Government and Mr. Rivera would like to assess the outcome of defendant Harmon's sentencing when then assessing the appropriate sentence in Mr. Rivera's case; and

WHEREAS, the parties have consulted with United States Probation and the Court's Clerk with respect to clearing the date advanced by this stipulation;

Plaintiff United States of America and Defendant Jason Rivera, by and through their counsel, hereby STIPULATE AND AGREE that the Court should reschedule defendant Rivera's sentencing to November 15, 2016.

IT IS SO STIPULATED.

DATED: August 8, 2016         /s/
                              ETHAN A. BALOGH
                              Attorney for Defendant Jason Rivera

DATED: August 8, 2016         /s/
                              BENJAMIN KINGSLEY
                              Assistant United States Attorney

\* The filing attorney certifies that has obtained permission from the non-filing attorney to submit this information on behalf of both parties.

**[~~PROPOSED~~] ORDER**

Based upon the foregoing Stipulation, and for good cause shown, IT IS HEREBY ORDERED that Defendant Jason Rivera's sentencing hearing is HEREBY CONTINUED from October 18, 2016 to November 15, 2016, at 2:30 p.m. The October 18 sentencing hearing is HEREBY VACATED.

IT IS SO ORDERED.

DATED: 8/8/16

_____
THE HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE