COLEMAN & BALOGH LLP
ETHAN A. BALOGH, No. 172224
235 Montgomery Street, Suite 1070
San Francisco, CA 94104
Phone: 415.391.0440
Facsimile: 415.373.3901
eab@colemanbalogh.com

Attorneys for Defendant
JASON RIVERA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br>　v.<br>JASON RIVERA,<br><br>　　　　　Defendant. | Case No. 14 Cr. 355 RS<br><br>STIPULATION AND [~~PROPOSED~~] ORDER RE: RESCHEDULING OF SENTENCING<br><br>Before the Honorable Richard Seeborg<br>United States District Judge |

|   |   |
|---|---|
| 1 | **STIPULATION** |
| 2 | WHEREAS, the sentencing of defendant Jason Rivera is scheduled for November 15, |
| 3 | 2016; |
| 4 | WHEREAS, the Court recently rescheduled defendant Marc Harmon's sentencing to |
| 5 | December 13, 2016; |
| 6 | WHEREAS, the Government and Mr. Rivera would like to assess the outcome of |
| 7 | defendant Harmon's post-trial motions and the need, if any, for Mr,. Rivera's continued |
| 8 | cooperation; and |
| 9 | WHEREAS, the parties have consulted with United States Probation with respect to |
| 10 | clearing the date advanced by this stipulation; |
| 11 | Plaintiff United States of America and Defendant Jason Rivera, by and through their |
| 12 | counsel, hereby STIPULATE AND AGREE, and thus respectfully request, that the Court |
| 13 | reschedule defendant Rivera's sentencing to January 24, 2017. |
| 14 | IT IS SO STIPULATED. |

DATED: September 8, 2016          /s/
                                  ETHAN A. BALOGH
                                  Attorney for Defendant Jason Rivera

DATED: September 8, 2016          /s/
                                  BENJAMIN KINGSLEY
                                  Assistant United States Attorney

\* The filing attorney certifies that has obtained permission from the non-filing attorney to submit this information on behalf of both parties.

**[~~PROPOSED~~] ORDER**

Based upon the foregoing Stipulation, and for good cause shown, IT IS HEREBY ORDERED that Defendant Jason Rivera's sentencing hearing is HEREBY CONTINUED from November 15, 2016 to January 24, 2017 at 2:30 p.m.  The November 15, 2016 sentencing hearing is HEREBY VACATED.

IT IS SO ORDERED.

DATED:  9/8/16

_____
THE HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE