1 | BRIAN J. STRETCH (CABN 163973)
United States Attorney

2

BARBARA J. VALLIERE (DCBN 439353)
3 | Chief, Criminal Division

4 | BENJAMIN KINGSLEY (NYBN 4758389)
Assistant United States Attorney
5 |        450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102-3495
6 |        Telephone: (415) 436-6937
        Fax: (415) 436-7234
7 |        Benjamin.Kingsley@usdoj.gov

8 | Attorneys for the United States

9 |                    UNITED STATES DISTRICT COURT

10 |                   NORTHERN DISTRICT OF CALIFORNIA

11 |                        SAN FRANCISCO DIVISION

12 | UNITED STATES OF AMERICA,              )    CASE NO: CR 14-00355 RS
                                            )
13 |          Plaintiff,                     )    STIPULATION TO CONTINUE SENTENCING
                                            )    AND [PROPOSED] ORDER
14 |     v.                                  )
                                            )
15 | JASON RIVERA,                           )
                                            )
16 |          Defendant.                     )
                                            )
17 | _____ )

                                                        2017
18 |        Sentencing for defendant Jason Rivera is currently set for January 24, 2016, at 2:30 p.m.

19 | Counsel for the government will be unavailable on that date. Defendant is out of custody. The parties

                                               2017
20 | request that the sentencing be continued to February 7, 2016, at 2:30 p.m.

21 |        IT IS SO STIPULATED.

22

Dated: December 7, 2016                          _____/s/_____
23 |                                              ETHAN A. BALOGH
                                                 Counsel for Defendant Jason Rivera
24

25 | Dated: December 7, 2016                       _____/s/_____
                                                 BENJAMIN KINGSLEY
26 |                                              Assistant United States Attorney

27

28

STIPULATION TO CONTINUE SENTENCING AND [PROPOSED] ORDER

1                              [PROPOSED] ORDER
                                      2017                                2017
2          The sentencing scheduled for January 24, 2016, at 2:30 p.m., is continued to February 7, 2016, at

3    2:30 p.m.

4          IT IS SO ORDERED.

5

6

7    Dated:   12/7/16

8                                                    HON. RICHARD SEEBORG
                                                     UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO CONTINUE SENTENCING AND [PROPOSED] ORDER